# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Kanubhai Patel, Chetanabahen Patel | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:23-cv-718 |
| | ) | |
| Ur M. Jaddou, *Director, United States Citizenship and Immigration Services* | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 5) filed April, 26, 2024, Defendant's Motion to Dismiss (Document No. 4) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: April 29, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 4/29/2024

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*